# EXHIBIT “B”

FILED
6/7/2018 10:10 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

CAUSE NO. CC-18-03034-B

| | | |
|---|---|---|
| Caleb Queen | § | COUNTY COURT AT LAW |
| | § | |
| v. | § | NO. _____ |
| | § | |
| BMH As-Built USA of Texas, Inc. and Roka Management, Inc. | § § | DALLAS COUNTY, TEXAS |

## Plaintiff's Original Petition

Plaintiff Caleb Queen files this Original Petition complaining of the Defendant BMH As-Built USA of Texas, Inc. ("BMH") and Roka Management, Inc. ("Roka") (collectively "Defendants"), and for cause of action respectfully shows unto the Court as follows:

**I.**

## Discovery Level

1. Plaintiff pleads level 2.

**II.**

## Jurisdiction and Venue

2. Plaintiff brings claims under the common law of Texas. Jurisdiction and venue is proper in this Court because at least one Defendant has a principal office in this County. TEX. CIV. PRAC. REM. CODE § 15.002.

**III.**

## Parties

3. Plaintiff Caleb Queen is a resident of Texas.

5. BMH As-Built USA of Texas, Inc. is a domestic corporation with its principal place of business in Dallas County, Texas. Defendant BMH may be served with process

through its registered agent, **SAEED MAHBOUBI, 1100 S AKARD, DALLAS, TEXAS 75215.**

6. Roka Management, Inc. is a domestic corporation with its principal place of business in Dallas County, Texas. Defendant Roka may be served with process through its registered agent, **KAMRAN MALEKFARNOOD, 17627 LOVELAND DRIVE, DALLAS, TEXAS 75252**.

**IV.**

**Facts**

6. This lawsuit is necessary as a result of an accident that occurred on or about April 4, 2018. On or about that time, Plaintiff was working on a jobsite controlled by BMH, when a worker employed by Roka and under the control of BMH threw a piece of debris off the roof and hit Plaintiff on the head and shoulder. As a result of the accident, Plaintiff sustained severe injuries to his head, neck, shoulder, arm and other parts of his body. The accident at issue occurred as a direct and proximate result of Defendants' negligence, negligence *per se*, and gross negligence when Defendants:

a. Failing to adequately supervise their employees;

b. Failing to adequately train their employees;

c. Failing to have adequate policies and procedures;

d. Failing to have adequate hiring policies and procedures;

e. Failing to have adequate training policies and procedures;

f. Failing to have adequate safety policies and procedures;

l. Failing to ensure that their worksite was reasonably safe;

m. Vicarious liability for the conduct of their employees;

n. Failing to provide adequate medical treatment;

o. Violating applicable government regulations, laws, rules, and industry standards; and

p. Other acts deemed negligent, negligent per se, and grossly negligent.

7. As a result of said occurrences, Plaintiff sustained severe injuries to his head, neck, shoulder, arm and other parts of his body which resulted in extensive medical treatment, physical pain, mental anguish, disfigurement, and other medical problems. Plaintiff has sustained severe pain, physical impairment, discomfort, disfigurement, mental anguish, and distress. In all reasonable probability, Plaintiff's physical pain, physical impairment and mental anguish will continue indefinitely. Plaintiff has also suffered a loss of earnings in the past, as well as a loss of future earning capacity. Plaintiff has incurred and will incur pharmaceutical and medical expenses in connection with his injuries.

8. Plaintiff has been damaged in a sum far in excess of the minimum jurisdictional limits of this Honorable Court, for which he now sues. Pursuant to Rule 47, Plaintiffs seeks monetary relief within the jurisdictional limits of this Court and over $1,000,000.00.

**VII.**

**Jury Demand**

9. Plaintiff hereby demands a trial by jury on all issues.

**Prayer**

Plaintiff prays that this citation issue and be served upon Defendants in a form and manner prescribed by law, requiring that the Defendants appear and answer, and that upon final hearing, Plaintiff has judgment against Defendants in a total sum in excess of the

minimum jurisdictional limits of this Court, plus pre-judgment and post-judgment interests, all costs of Court, and all such other and further relief, to which he may show himself justly entitled.

Respectfully submitted,

ARNOLD & ITKIN LLP

*/s/ Noah M. Wexler*

Jason A. Itkin
Texas Bar No. 24032461
Noah M. Wexler
Texas State Bar No. 24060816
Ben Bireley
Texas State Bar No. 24076086
Rebecca L. Adams
Texas State Bar No. 24098255
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
jitkin@arnolditkin.com
nwexler@arnolditkin.com
bbireley@arnolditkin.com
radams@arnolditkin.com
Jaiteam@arnolditkin.com
e-service@arnolditkin.com

**ATTORNEYS FOR PLAINTIFF**